No. 98–2004. RINGLING BROS.-BARNUM & BAILEY COMBINED SHOWS, INC. v. UTAH DIVISION OF TRAVEL DEVELOPMENT. C. A. 4th Cir. Motion of Revlon Consumer Products Corp. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 98–2052. FENTON ET AL. v. UNIHEALTH AMERICA, INC., ET AL. Ct. App. Cal., 2d App. Dist. Motion of American Academy of Emergency Medicine et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–81. PULSE COMMUNICATIONS, INC. v. DSC COMMUNICATIONS CORP. C. A. Fed. Cir. Motion of Computer and Communications Industry Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–132. MULLIGAN v. ASSOCIATES LEASING, INC., ET AL. C. A. 4th Cir. Motion of Fred W. Allnutt, Sr., for leave to intervene denied. Certiorari denied.

No. 99–267. KEYERLEBER v. CHAMPION INTERNATIONAL CORP. C. A. 6th Cir. Motion of Association of Trial Lawyers of America et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–5196. FILIAGGI v. OHIO. Sup. Ct. Ohio. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.